1  HEATHER M. McKEON, ESQ.; STATE BAR NO.: 186414
   Email: hmckeon@tharpe-howell.com
2  SARAH J. REYNOLDS, ESQ.; STATE BAR NO.: 299510
   Email: sreynolds@tharpe-howell.com
3
   **THARPE & HOWELL, LLP**
4  **15250 Ventura Blvd., Ninth Floor**
   **Sherman Oaks, California 91403**
5  **(818) 205-9955; (818) 205-9944 fax**

6  Attorneys for Defendant,
        BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10

11 | CESAR PONCE, | Case No. 3:24-cv-08303-WHO |
| --- | --- |
| Petitioner, | [San Francisco County Superior Court Case No.: SFCS CPF-24-518763] |
| v. | Petition Filed: October 25, 2024 |
| BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY, | **[PROPOSED]** ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT |
| Respondent. | Assigned to Magistrate Judge William H. Orrick; Courtroom 2 - 17th Floor |

   The Court, having read and considered the parties' Stipulation to Remand, hereby ORDERS as follows:

   1.  This matter is hereby **REMANDED** to the Superior Court for the State of California, County of San Francisco, Case No. CPF-24-518763. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of San Francisco, Case No. CPF-24-518763.

   2.  Respondent's response is due on December 19, 2024, in the San Francisco County Superior Court, Case No. CPF-24-518763.

3.   All pending dates in the Federal action are hereby vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 11, 2024      _____
                                Honorable William H. Orrick
                                United States District Court Judge